EDMUND RICHARDSON, Appellant, *v.* HENRY R. JACKSON et al., Respondents.

(Argued June 15, 1887; decided October 11, 1887.

*Stephen P. Nash* and *Aaron Pennington Whitehead* for appellant.

*Henry R. Jackson* and *John E. Ward* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE MERCHANTS' STEAMSHIP COMPANY, Respondent, *v.* THE COMMERCIAL MUTUAL INSURANCE COMPANY, Appellant.

(Argued June 17, 1887; decided October 11, 1887.)

*David Willcox* for appellant.

*George Zabriskie* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SARAH E. BAUOUS, Appellant, *v.* JAMES BARR et al., Respondents.

(Argued June 20, 1887; decided October 11, 1887.)

*Robert H. McClellan* for appellant.

*A. D. Wait* for respondents.

Agree to affirm on opinions of General and Special Terms.
All concur except EARL, J., dissenting; RUGER, Ch. J., not sitting, and ANDREWS, J., not voting.
Judgment affirmed.